## UNITED STATES AIR FORCE COURT OF CRIMINAL APPEALS

### UNITED STATES

**v.**

### Airman First Class TRENT A. SCHAEFFER
### United States Air Force

### ACM S32197

### 30 October 2014

Sentence adjudged 31 October 2013 by SPCM convened at Travis Air Force Base, California.  Military Judge:  Matthew P. Stoffel (sitting alone).

Approved Sentence:  Bad-conduct discharge, confinement for 8 months, forfeiture of $1,000.00 pay per month for 8 months, and reduction to E-1.

Appellate Counsel for the Appellant:  Captain Lauren A. Shure.

Appellate Counsel for the United States:  Major Daniel J. Breen and Gerald R. Bruce, Esquire.

Before

ALLRED, HECKER, and TELLER
Appellate Military Judges

_This opinion is subject to editorial correction before final release._

PER CURIAM:

The approved findings and sentence are correct in law and fact, and no error materially prejudicial to the substantial rights of the appellant occurred.  Article 66(c), UCMJ, 10 U.S.C. § 866(c); _United States v. Reed_, 54 M.J. 37, 41 (C.A.A.F. 2000).  Accordingly, the approved findings and sentence are **AFFIRMED**.



FOR THE COURT

STEVEN LUCAS
Clerk of the Court